①

Gregory Schafani
85480-058
Metropolitan Det Center
PO Box 329002
Bklyn, NY 11232

Honorable Dennis R Hurley USDJ
100 Federal Plaza
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 10 2015 ★
LONG ISLAND OFFICE

RE: US V. Gregory Schafani case# cr 14 639
Subject: Request for change of lawyer and obtain bail:

Dear Honorable Dennis R Hurley;

Sir, please forgive me for having to send a letter with such poor condition and in pencil but the jail would allow me to use a computer to type this nor would give me a pen to use. I am also sorry to have you read such a lengthy letter but this is my life, so if you would please read it in its entirety.

Sir, I ask this court to adjourn this status hearing so I can obtain a different attorney who will assist me to prepare by investigating my case, and to file motions to suppress certain evidence based on misinformation and many falsehoods used to indict me, in an effort to improperly convict me. This is necessary to protect my constitutional amendment sixth and fifth Right and due process of law Rights, as announced by the U.S. Supreme court.

FACTS:

My appointed present lawyer (Leonard Lato) has adopted the position that I should consider plea arrangements with the Government without being given all Discovery, facts and knowing quite well that the Government is trying to hold me responsible for companies I did not own nor operate. There are at least 5 or 6

(2)

companies I did not own and some I did not solely operate. They are listed in my indictment as being the sole owner and operator along with dollar amounts that represent almost the total indictment. He refuses to file any motions to suppress the government in connection of me to this case. All in violation of the Supreme Court teaching in the case of Townsend v. Burke (1948) 334 U.S. 736, 740-41, 68 S.Ct. 1252, 1255, 92 L.Ed 1690, (conviction/sentence cannot be based on misinformation) (I will bring ~~evidence~~ Evidence with me on Fri 4/10)

I no longer have confidence in my lawyer for he is now interested in getting me convicted and no interest in assisting me effectively. This is an obvious conflict, as my lawyer wants to help the government convict me.

Arguendo, if my lawyer really to look out for my interest, he would give me a full and complete copy of my discovery for which he has not and properly discuss my case with me. If in his trainful legal expertise and experience, a jury trial did not look good or in my favor, he would call a stipulated fact trial before the trial Judge, to present my 5th and 6th amendment rights as set out in the case of Alleyne v US (2013) 133 S.Ct. 2151.

I request this court to adjourn this status hearing and appoint me a new attorney to assist me in my case. I request the above because the US Supreme Court says, "The right to counsel means the right to effective assistance of counsel". Justice is based on the search for the Truth, not "convictions by any means necessary". Please grant this request to protect my constitutional 5th & 6th Amendment rights.

I am 63 years of age and have been in business for over 40 years. I went to City College while being in business with my Dad. As you know, for I believe you are around my age, In our day being in college was a great thing to our families. I have lived in Long Island all my life and have never been in trouble any time in my life. I don't even have a driving summons against me.

I have being in the transport business handled all sorts of product. From grocery to television to automobiles. I was the president and founder of Grocery Haulers Association of America which became a nationwide organization. I many contracts with the likes of Nabisco Brands, Borden products, Beatrice Foods and many other large firms. I have made lectures on the transportation industry to up coming traffic managers of many firms. Infact, the government is still holding a CD of such that will not release back to me. My most recent venture which I say was not so successfull was arranging the transport of automobiles. I have serviced many judges like yourself such as (SCJ) Ott from (Central Island to Florida) (SCJ) Lally (same route) chief judge of Supreme Court Mineola (Glen Cove to Florida) Ret. Nassau Police Commissioner John Kennedy (Bayville to Florida). I have also serviced many movie stars and sports figures. I also was the president of the Bayville Housing Association for 8 years responsible for handling large amounts of money and supervising road repairs, police,

Fire, Landscaping, etc. With these creditials I can't be such a bad guy.

I'm now sitting in a jail cell writing you this letter in which I am not allowed out of cell, make any calls or e-mails. I was put here so they say for my protection (Administration Detention) not Disciplinary Detention for which the prosecutor in misrepresenting himself because he does not know the facts (I will bring the evidence with me on 4/10).

I was beat up, extorted, and robbed while in the jail. I now have pain in my head, ringing in my ear and flash backs of the occurance. Because of my age and they think I have money this happened to me. Putting me in these restraints has not helped but made things worse and they refuse to understand that. Even the doctor told them. They say SIS needs to conduct an investigation and this could take over a month. That is nonsence your honor, you know that as well as I. They are trying to stiffel me, because they know the jail is responsible, or that it's not to happen to anyone. As mentioned before my (so call) crime is non-violent, and nothing compared to what I am exposed to such as murderer, drug dealers, gun runners, mobsters etc. I should not be here. Your honor I beg of you to release me on bail which for the life of me I don't know why you won't. How could the government keep me locked up for almost 6 months now for a crime that does not even call for jail time at all based on the merits of the case. It is time I am let out of jail and prove myself innocent on these charges. I need to be able for which I am entitled to gather the paper sensitive, computer sensitive and leg work to prove my innocence.

5)

I'm sure your Honor understands what is right in my circumstances.

I have been investigated over the 40 years in business by all agencies you can think of. BBB, Consumer Protection Agencies in our state and other states, IRS, State Police, and Attorney General of Nassau County and other states. I always cooperated and never walked away from any of them. I don't intend to start now at this stage of my life. I need to end my business career with a clean name. I will deal with this issue also. And by the way, no agency has ever found me guilty of criminal wrong doings and I'm sure neither will this court.

Your Honor I could not be a flight risk, because of some of the things I have indicated but there is more which I will present to you on 4/10. Such as the agencies that headed up this arrest have already investigated me years back and could not find any wrong doing or criminal acts.

I cannot be a menis to the public for the government has managed to put me out of business which is probably the best thing because the business was no longer being profitable.

I also do not own a passport!!

over →

6)

Please accept a bail motion, asking that I be discharged on bail on my own recognizance by using a signature bond. Although I do have one surrogator to sign who is a business owner who I gave all my business to provide service to my customers per direction of the NY Attorney General's office. One should be more than enough.

I believe again bail is possible as the court has to first investigate the fact of the false evidence knowingly being used to create probable cause to have me indicted and arrested. I should not have to sit in prison while this happens. I am not a flight risk, or a danger to any person. I was already told I qualify for bail by this court. The 8th Amendment prohibits excessive bail. That standard should be applied to this case. As no bail is equivalent to excessive bail. A motion to dismiss the indictment should be made for false evidence was used to manufacture probable cause to arrest indict and incarcerate me.

Again I been in jail 6 months have only gotten legal advice 5 times by counsel. That is ridiculous. What kind of legal assistance is that. I have never been directed properly. First I was told that the court would accept a bail bondsman standard conditions. Then I was told that is not possible. Then I was told that I needed signatures of anyone who would sign. I tried because I have no family since my divorce to ask random individuals or aquantances even by paying there expenses that I could not do that. The prosecutor is laying is hell against me my efforts to obtain such, knowing that I am not savey to the requirements.

(7)

Your Honor, this case could go on for over a year. Does the government expect to keep me in jail all that time??? Especially with a case like this. Does not call for jail time already with the time I have served.

My Social Security has been stopped until I am released on bail. I will loose my home and all its belongings, and my automobile if I cannot attend to these things ASAP. I have not been proven guilty at this time for anything, nevertheless the things that I have been accused of that I should be punished in the way I have. If you feel more comfortable if you must, you can assign me home supervision with a bracelet. I don't see the need of that but it would allow me to do what is needed to defend my case, see my attorney, and take care of important personal issues as mentioned.

LASTLY

At the last court appearance the directive you gave the prosecutor and my present attorney to speak to the jail to arrange at last that I would have phone communication with my attorney has been totally ignored. This is my 6th Amendment right. This cements what I have said previously in this letter. Any work done on my case has been done by me and me alone in the conditions of a jail cell. Not fair, not right, not constitutional.

over →

Your Honor, If for some reason you do not allow me bail, please if you would make arrangement immediatly that from this court I am placed in another jail. This jail has not treated me proper and under the circumstances ~~I no longer feel safe~~ and my health is at risk. Putting me in detention is much to abusive to my health and I cannot function the way I should. In addition the jail has not told the truth and trying to keep me quite because of the potential responsibility it has to protect its inmates. I'm told that Geo Jail in Queens would be the best for me because of my age and circumstances. Please have the marshalls make those arrangements directly from your court on Fri, 4/10. Of course only ~~if~~ you are going to grant me bail. ~~A~~ Thank you for taking the time to read this letter and please consider my requests. I am a good man and the evidence is that for 63 years I have never been in trouble for any criminal acts or even close.

P.S. I forgot to mention I still have my operating authority and license with the US Government for one of my solely owned companies for 35 years never cancelled. I can't be much of a fraud still having that for as long as I have.